```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 07 B 14980
     CLEMON M MCCLAIN
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
              Debtor
     SSN XXX-XX-1156


  ----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
  ----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 08/17/07 and confirmed on 10/24/07.

     2.  The case was dismissed after confirmation, 07/18/2008.

     3.  The Debtor paid a total of $    5100.00 .

     4.  The Trustee made disbursements to creditors as follows:


  ----------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
  ----------------------------------------------------------------------------
  SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
  SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00            .00            .00
  PINE MEADOWS CONDO ASSOC  SECURED            600.00          15.06         405.89
  NUVELL CREDIT COMPANY LL  SECURED VEHIC         .00            .00            .00
  WELLS FARGO FINANCIAL AC  SECURED VEHIC    20502.00        1256.50        2373.06
  LUTHERAN GENERAL HOSPITA  UNSECURED        NOT FILED          .00            .00
  ADVOCATE MEDICAL GROUP    UNSECURED           378.96          .00            .00
  BLUE MEDICARE RX          UNSECURED        NOT FILED          .00            .00
  CCA                       UNSECURED        NOT FILED          .00            .00
  COMED                     UNSECURED        NOT FILED          .00            .00
  HARRIS & HARRIS LTD       UNSECURED        NOT FILED          .00            .00
  MIDLAND CREDIT MGMT       UNSECURED           128.62          .00            .00
  NICOR GAS                 UNSECURED        NOT FILED          .00            .00
  NORTHWEST CORP IMAGING C  UNSECURED        NOT FILED          .00            .00
  NORTHWEST METRO UROLOGY   UNSECURED        NOT FILED          .00            .00
  WELLS FARGO FINANCIAL BA  UNSECURED          2353.40          .00            .00
                  Summary of disbursements:
  ----------------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED    OTHER         TOTAL

  TOTAL CLMS ALLOWED  21102.00         .00      2860.98      .00       23962.98
  PRINCIPAL PAID       2778.95         .00          .00      .00        2778.95
  INTEREST PAID        1271.56         .00          .00      .00        1271.56
  TOTAL PAID           4050.51         .00          .00      .00        4050.51
  The Debtor's attorney, GREGORY J MARTUCCI             , was allowed $    2500.00
  and was paid $   1500.00   direct and $   778.39   through the plan.

  The Trustee received $     271.10 .

  Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 14980 CLEMON M MCCLAIN